## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Mark R. Santore              CHAPTER 13
       Faith Tirotto-Santore
               Debtor(s)          BKY. NO. 23-13200 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ **Mark A. Cronin**

Mark Cronin
08 Nov 2023, 13:53:09, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 6d823a6a97c8e18943b46d32900272202b012527ebc259211fd76c8ce47ccb64