Certificate Number: 12433-PAE-DE-038032167

Bankruptcy Case Number: 23-13200



12433-PAE-DE-038032167

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 18, 2023, at 8:33 o'clock PM EST, Mark Richard Santore completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    December 19, 2023        By:    /s/Lisa Susoev

Name:    Lisa Susoev

Title:    Teacher