Certificate Number: 12433-PAE-DE-038032168

Bankruptcy Case Number: 23-13200



12433-PAE-DE-038032168

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 18, 2023</u>, at <u>8:33</u> o'clock <u>PM EST</u>, <u>Faith Tirotto Santore</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 19, 2023</u>            By:     <u>/s/Lisa Susoev</u>

                                          Name:  <u>Lisa Susoev</u>

                                          Title:   <u>Teacher</u>