**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13** |
| | : | |
| Mark R. Santore and | : | **Bankruptcy No.** 23-13200-amc |
| Faith Tirotto-Santore | : | |
| **Debtor(s)** | : | |

**PRE-CONFIRMATION CERTIFICATION**
**OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

      I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named Debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named Debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

| | |
|---|---|
| 05/15/2024 |   /s/ David M. Offen, Esquire |
| Date | Attorney for Debtor(s) |