United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13200-amc |
| Mark R. Santore | Chapter 13 |
| Faith Tirotto-Santore | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 16, 2024 | Form ID: 155 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark R. Santore, Faith Tirotto-Santore, 1622 Croatan Place, Philadelphia, PA 19145-5404 |
| 14841546 | | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14843008 | ++ | TD BANK USA N A, ATTN C/O WEINSTEIN & RILEY P S, 1415 WESTERN AVE, SUITE #700, SEATTLE WA 98101-2051 address filed with court:, TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14836826 | | Email/PDF: bncnotices@becket-lee.com | May 17 2024 00:12:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14825105 | + | Email/PDF: bncnotices@becket-lee.com | May 17 2024 00:13:09 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14825106 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 17 2024 00:11:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14825107 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2024 00:11:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14825108 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 17 2024 00:12:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 14846200 | | Email/Text: megan.harper@phila.gov | May 17 2024 00:20:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14825120 | | Email/Text: cfcbackoffice@contfinco.com | May 17 2024 00:12:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 14825109 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2024 00:13:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14836252 | + | Email/PDF: ebn_ais@aisinfo.com | May 17 2024 00:24:23 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14825115 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2024 00:24:39 | Cbna, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 14841795 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2024 00:23:58 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14825117 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2024 00:13:07 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14825118 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 17 2024 00:12:00 | Comenity Bank, Attn: Bankruptcy, Po Box |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 182125, Columbus, OH 43218-2125 |
| 14825119 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 17 2024 00:12:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14825121 | + | Email/PDF: creditonebknotifications@resurgent.com | May 17 2024 00:12:58 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14827631 | | Email/Text: mrdiscen@discover.com | May 17 2024 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14825125 | + | Email/Text: mrdiscen@discover.com | May 17 2024 00:11:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14825126 | | Email/Text: BNSFN@capitalsvcs.com | May 17 2024 00:11:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14825130 | | Email/Text: BNSFS@capitalsvcs.com | May 17 2024 00:11:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14825127 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 17 2024 00:13:06 | First Premier Bank, P.O. Box 5147, Sioux Falls, SD 57117-5147 |
| 14825128 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 17 2024 00:13:32 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14825131 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 17 2024 00:21:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14825116 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2024 00:13:23 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14831875 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 17 2024 00:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14835920 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 00:24:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14829476 | ^ | MEBN | May 17 2024 00:06:00 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14843329 | ^ | MEBN | May 17 2024 00:05:47 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14825132 | | Email/Text: camanagement@mtb.com | May 17 2024 00:12:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14836553 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2024 00:23:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14825136 | | Email/Text: ml-ebn@missionlane.com | May 17 2024 00:11:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14825133 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2024 00:13:25 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14825135 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2024 00:12:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14843282 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2024 00:12:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14825137 | + | Email/Text: bankruptcy1@pffcu.org | May 17 2024 00:12:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14827063 | + | Email/Text: bankruptcy1@pffcu.org | May 17 2024 00:12:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14840450 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 17 2024 00:20:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14843325 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2024 00:12:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 14840408 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2024 00:12:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14840685 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2024 00:12:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14835657 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2024 00:12:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14825138 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 17 2024 00:24:00 | Syncb/Wal-Mart, PO Box 530927, Atlanta, GA 30353-0927 |
| 14825140 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 17 2024 00:24:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14825141 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 17 2024 00:24:08 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14843008 | | Email/Text: bncmail@w-legal.com | May 17 2024 00:12:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14825142 | + | Email/Text: bncmail@w-legal.com | May 17 2024 00:12:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14825674 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 17 2024 00:13:29 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14825143 | + | Email/Text: BKRMailOps@weltman.com | May 17 2024 00:12:00 | Weltman, Weinberg & Reis, 965 Keynote Circle, Independence, OH 44131-1829 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14825111 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14825112 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14825113 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14825114 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14825110 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14825122 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14825123 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14825124 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14825129 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14825134 | *+ | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14825139 | * | Syncb/Wal-Mart, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: 155 | Total Noticed: 49 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

**Name**  **Email Address**

DAVID M. OFFEN
on behalf of Joint Debtor Faith Tirotto-Santore dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
on behalf of Debtor Mark R. Santore dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Mark R. Santore

   Faith Tirotto−Santore

   Debtor(s).

Case No. 23−13200−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 16, 2024

For The Court

Ashely M. Chan
Judge, United States Bankruptcy Court