IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         :  Chapter 13

Mark R. Santore                                :  Case No. 23-13200-amc
Faith Tirotto-Santore
    Debtor(s)

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
LAKEVIEW LOAN SERVICING, LLC
<u>AND CERTIFICATE OF SERVICE</u>

The Debtors did missed payments however they will be able to get all of the missing payments together within the next several weeks.

WHEREFORE, Debtors respectfully request this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

                                                /s/ David M. Offen
                                                David M. Offen Esquire
                                                Attorney for Debtor

Dated:  July 26, 2024

A copy of this Answer is being served on DENISE ELIZABETH CARLON, Esquire and the Chapter 13 Trustee.

                                                /s/ David M. Offen
                                                David M. Offen Esquire
                                                Attorney for Debtor

Dated:  July 26, 2024