UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Mark R. Santore | : | Chapter 13 |
|    Faith Tirotto -Santore | : | |
| | : | Case No. 23-13200 (DJB) |
| | : | |
| Debtor [s]. | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 57, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 64) is approved.

DATE:                                            _____
                                                                DEREK J. BAKER
                                                                U.S. BANKRUPTCY JUDGE