UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Mark R. Santore | : | Chapter 13 |
| Faith Tirotto -Santore | : | |
| | : | Case No. 23-13200 (DJB) |
| | : | |
| Debtor [s]. | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 57, the "Motion");

It is hereby ordered that

1)	The Motion is granted; and

2)	The Modified Plan (doc. # 64) is approved.

DATE: **September 5, 2025**            _____
                                                                  DEREK J. BAKER
                                                                  U.S. BANKRUPTCY JUDGE