IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Mark R. Santore and | : | No. 23-13200-DJB |
| Faith Tirotto-Santore | : | |
| Debtors | : | |

CERTIFICATION OF NO RESPONSE TO
SUPPLEMENTAL APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I hereby certify that I have received no answer, objection or other responsive pleading to the Supplemental Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.


Dated: 01/13/2026           /s/ David M. Offen
                            David M. Offen
                            Attorney for Debtor(s)
                            The Curtis Center
                            601 Walnut Street, Suite 160 West
                            Philadelphia, PA 19106
                            215-625-9600
                            info@offenlaw.com