IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Mark R. Santore<br>Faith Tirotto-Santore<br>  Debtor | : | No.  23-13200-djb |

**PRAECIPE  TO  WITHDRAW**

    Pursuant to the above-captioned matter, kindly withdraw the Supplemental Application for Compensation, Document No. 72, filed on December 22, 2025.

**Dated: 01/14/2026**        **/s/ David M. Offen**
**David M. Offen**
**Attorney for Debtor(s)**
**The Curtis Center**
**601 Walnut Street, Suite 160 West**
**Philadelphia, PA 19106**
**215-625-9600**
**info@offenlaw.com**