United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 23-13200-djb

Mark R. Santore                                                                          Chapter 13

Faith Tirotto-Santore

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                Page 1 of 2

Date Rcvd: Feb 09, 2026                   Form ID: pdf900                           Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mark R. Santore, Faith Tirotto-Santore, 1622 Croatan Place, Philadelphia, PA 19145-5404 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 10 2026 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2026 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: bncmail@w-legal.com | Feb 10 2026 00:17:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

**Name                             Email Address**

District/off: 0313-2                         User: admin                                        Page 2 of 2
Date Rcvd: Feb 09, 2026                      Form ID: pdf900                                    Total Noticed: 4

DAVID M. OFFEN
                    on behalf of Debtor Mark R. Santore ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
                    on behalf of Joint Debtor Faith Tirotto-Santore ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
                    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Mark R. Santore and | : | No. 23-13200-DJB |
| Faith Tirotto-Santore | : | |
| Debtors | : | |

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental
Application for Approval of Counsel Fees submitted by David M.
Offen, Attorney for the Debtor, and upon notice and certification
of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $1,750.00 is
allowed and shall be paid by the Chapter 13 Trustee to the extent
there are funds available and consistent with the terms of the
Modified Plan.


**February 6, 2026**
_____
DATED

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE